

Sara G. Kielly
C#555 798
CNYPC - Bldg. 39
9005 Old River Road
Marcy, NY 13403

NEOPOST
02/11/2020
US POSTAGE $010.95
PRIORITY MAIL
ZIP 13403
041M11275074

U.S. DISTRICT COURT
JOHN M. DOMURAD CLERK
FEB 1 2 2020
RECEIVED

PRIORITY MAIL
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 107R, January 2008

Chief Clerk
United States District Court
Northern District of New York
4th Floor - Federal Building
100 South Clinton Street
Syracuse, NY 13261 - 7367

UNITED STATES POSTAL SERVICE
USPS TRACKING #
9114 9023 0722 4314 2929 95

Legal Mail - Confidential

2/10/2020